IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY,

    Plaintiff,

v.                                            Case no: 6:18-cv-152-JA-KRS

PREM INVESTMENTS, INC.,

    Defendants.

_____/

**CONSENT DECREE**

    This Consent Decree is entered into by and between PATRICIA KENNEDY, hereinafter sometimes referred to as "Plaintiff," and PREM INVESTMENTS, INC., hereinafter sometimes referred to, as "Defendant," on the date last executed below.

WHEREAS: The Defendant's property is a Riteway Food-Gas Station located at or about 430 E. New York Avenue, Deland, Florida. The Plaintiff claims that there are architectural barriers existing at the Defendant's property that constitute violations of the Americans With Disabilities Act that unlawfully limit the Plaintiff's use of the property. Defendant does not admit all of the allegations of the Plaintiff's Complaint, but recognizes that the Plaintiff might prevail and receive some of the relief on the merit of their claim. Moreover, after extensive review, the parties have determined that the remedial measures agreed to herein constitute all readily achievable measures to bring Defendant's into compliance with the Americans With Disabilities Act. In consideration for resolving all matters in dispute, the parties have agreed to the following terms and conditions subject to the Court entry of an Order Approving and Entering the Consent Decree.

    1.    All alterations, modifications, and policies required by this Consent Decree shall be completed prior to the reinspection date set forth below, unless a different completion date is otherwise stated herein. A final property reinspection conducted by Plaintiffs will take place on or after September 30, 2019 to ensure that the modifications to the subject property required below for barrier removal have been completed. Plaintiff's counsel, expert(s) and/or representatives shall be provided access to the building to conduct a reinspection and to verify commencement, progress and completion of the work required hereby. In any event, Defendants or their counsel, shall notify Plaintiff's counsel by Certified

      Return Receipt Mail when all improvements contemplated herein are completed. In the event of non-compliance with the terms and conditions of this agreement, Plaintiffs shall be entitled to immediate injunctive relief.

2. Defendant shall pay Plaintiff's counsel, Thomas B. Bacon Plaintiff's attorney's fees, litigation expenses, expert fees, reinspection fees and costs incurred in this matter. The amounts to be paid shall be established by counsel for the parties by separate letter agreement, which is incorporated as part of this Consent Decree.

3. When all issues are resolved between the parties, the parties hereby agree and will request the Court to approve and enter the Consent Decree, providing for retention of jurisdiction by the Court to enforce, as necessary, the terms of this Decree.

4. In any action to enforce this Consent Decree, the Plaintiff shall be entitled to attorney's fees, costs and expert fees.

5. This Consent Decree shall be binding upon and inure to the benefit of the parties hereto and their respective successor and/or assigns. The parties shall perform their obligations under this Consent Decree in good faith.

6. The parties agree that any delays in making the modifications to the property as provided for pursuant to this Consent Decree caused by third parties, including but not limited to construction contractors, or city building officials, inspectors, or permitting departments, will not be deemed to violate the compliance dates herein as long as the Defendant makes a good faith effort to effect implementation as soon as reasonably possible thereafter.

7. Upon the Court's approval of this Consent Decree and upon the Defendant's full compliance with the terms and conditions of this Consent Decree, Plaintiffs hereby release and discharge Defendant, its officers, employees, agents, successors and assigns from any and all claims and causes of action which it has had arising under the Americans With Disabilities Act. This provision is limited to the subject property.

8. All references to the ADAAG refer to the following: 28 CFR Chapter 1 Part 36, App. A. - ADAAG

9. The parties acknowledge that the modifications described in this Consent Decree shall be implemented according to the standards set out in the ADAAG. All references to figures in the paragraphs below refer to those that accompany the ADAAG and that more fully describe the considered full compliance with the ADA.

10. This Consent Decree can be executed in any number of counterparts, each of which shall be taken to be one and the same instrument, for the same effect as if

all parties hereto had signed the same signature page. A copy or facsimile of any parties signature shall be deemed as legally binding as the original signatures.

11. The Defendant is advised that under certain circumstances a tax credit and/or tax deduction may be available to businesses to help cover the cost of making access improvements. (See Sections 44 and 190 of the Internal Revenue Code.)

12. The Defendant agrees to bring its property into compliance with the 2010 ADAAG later than September 30, 2019. Without limiting the foregoing, the Defendant shall effectuate all of the remedial measures recommended in the report prepared by Stateline Contractors. That report is attached as Exhibit "A."

SIGNATURES:

Parties:

PLAINTIFF:

_____   Date: 5-12-2018
Patricia Kennedy


DEFENDANT:

PREM INVESTMENTS, INC.,

By: _____   Date: _____

      all parties hereto had signed the same signature page. A copy or facsimile of any parties signature shall be deemed as legally binding as the original signatures.

11. The Defendant is advised that under certain circumstances a tax credit and/or tax deduction may be available to businesses to help cover the cost of making access improvements. (See Sections 44 and 190 of the Internal Revenue Code.)

12. The Defendant agrees to bring its property into compliance with the 2010 ADAAG later than September 30, 2019. Without limiting the foregoing, the Defendant shall effectuate all of the remedial measures recommended in the report prepared by Stateline Contractors. That report is attached as Exhibit "A."

SIGNATURES:

Parties:

PLAINTIFF:

_____  Date: _____
Patricia Kennedy

DEFENDANT:

PREM INVESTMENTS, INC.,

By: _____  Date: 05-10-18